213 So. 2d 773

**STATE of Louisiana**

v.

**Eunice HAMPTON.**

No. 49505.

Sept. 24, 1968.

In re: Eunice Hampton applying for writs of certiorari, prohibition and mandamus.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Matthew S. Braniff, Judge of the Criminal District Court for the Parish of Orleans to transmit to the Supreme Court of Louisiana, on or before the 19th day of December, 1968, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through its attorney shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.

HAMITER and BARHAM, JJ., are of the opinion that applicant's remedy is, and she is entitled to, an appeal. See Art. 912 Code of Crim.Proc.